AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KIMBERLY SHREVE, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RALEIGH POLICE DEPARTMENT, )<br>MALCOLM HUFFMAN, and CHRIS ALLEN, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-353-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R, and ORDERS that this action is DISMISSED.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 14, 2009**, AND A COPY MAILED TO:

Kimberly Shreve
1528 Varsity Drive, #43
Raleigh, NC 27606


| | |
|---|---|
| September 14, 2009 | DENNIS IAVARONE, |
| Date | Clerk |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |